No. 96–1705. ORTON v. SECURITIES AND EXCHANGE COMMISSION. C. A. 10th Cir. Certiorari denied.

No. 96–1711. STANLEY ET AL. v. BOLES. Sup. Jud. Ct. Me. Certiorari denied.

No. 96–1723. SMITH ET UX. v. NOYES. Sup. Ct. N. H. Certiorari denied.

No. 96–1739. SCHULZ ET AL. v. NEW YORK STATE UNIFIED COURT SYSTEM ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–1771. COLLINS v. MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 96–1774. CARPENTER v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 96–1775. DURST-LEE v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 96–7768. WHITEHEAD v. UNITED STATES; and
No. 96–7967. PRETTY v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Reported below: 98 F. 3d 1213.

No. 96–8114. BRITZ v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 96–8124. LETSINGER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–8125. LOMBARD v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 96–8505. HARRIS v. GOMEZ, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–8512. SIKORA v. DOE ET AL. C. A. 8th Cir. Certiorari denied.

No. 96–8515. WOODARD v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.